# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 17-1974

———————————————

United States of America

*Plaintiff - Appellee*

v.

Charles Johnson

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: February 6, 2018
Filed: February 9, 2018
[Unpublished]

——————————

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Charles Johnson appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to conspiring to interfere with commerce by

———————————————

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

robbery, and brandishing a firearm in furtherance of a crime of violence. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), discussing the procedural and substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a procedurally or substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 460-61 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing procedural and substantive reasonableness); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (within-Guidelines-range sentence is presumed reasonable). In addition, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____